UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                          Petitioner,

  -against-

DONNIE DIXIE,

                          Respondent.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2023

Case No. 17-CR-644-5 (NSR)

OPINION & ORDER

NELSON S. ROMÁN, United States District Judge:

On January 11, 2019, Defendant Donnie Dixie ("Mr. Dixie" or "Defendant") was sentenced to seventy-two months (72) of imprisonment after pleading guilty to a racketeering conspiracy, in violation of 18 U.S.C. § 1962(d). (ECF No. 101, Donnie Dixie's Judgment). On October 28, 2020, Defendant, moving *pro se*, filed a motion for a sentence reduction/compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking to be released from incarceration due to COVID-19 conditions in prisons. (ECF No. 296.) The Government did not respond to the motion.

Upon the Court's review of the docket and search through the inmate locator managed by the Federal Bureau of Prisons[1], the Court finds that Defendant has been released from federal prison as of April 21, 2023. Defendant's application for a sentence reduction/ compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) is DENIED as MOOT.

The Clerk of the Court is kindly directed to terminate the motion at ECF No. 296. The Clerk of the Court is directed to mail a copy of this Order to Defendant at his last known address,

---

[1] *See* https://www.bop.gov/inmateloc. Mr. Dixie's Register Number is 79673-054.

1

and show service on the docket.  The address is as follows: Donnie Dixon, Register No. #79673-054, F.C.A. Ray Brook, P.O. Box 900, Ray Brook, NY 12977.

Dated: July 18, 2023
       White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE